# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00019-CV

**C. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
NO. 50416, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant C. G. filed her notice of appeal on January 5, 2022. The appellate record was complete on January 31, 2022, making appellant's brief due on February 22, 2022. On February 22, 2022, counsel for appellant submitted a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Gary E. Prust to file appellant's brief no later than March 4, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 24, 2022.

Before Justices Goodwin, Baker and Triana